UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| PAINTERS AND ALLIED TRADES ) | |
| DISTRICT COUNCIL NO. 35 ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-10555-RWZ |
| ) | |
| ) | |
| CANAAN DRYWALL, ) | |
| d/b/a CANAAN DRYWALL, INC. ) | |
|     Defendant. ) | |
| _____ ) | |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant Canaan Drywall, d/b/a Canaan Drywall, Inc., in the above-captioned action. Defendant Canaan Drywall, d/b/a Canaan Drywall, Inc., was served with the complaint on April 5, 2005. Copies of proof of service are attached. As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

                                              Plaintiff,
                                              Painters and Allied Trades District Council No. 35
                                              By its attorney,

                                              /s/ Michael A. Feinberg_____
                                              Michael A. Feinberg, BBO# 161400
                                              Feinberg, Campbell & Zack, P.C.
                                              177 Milk Street
                                              Boston, MA 02109
                                              (617) 338-1976

DATED: May 10, 2005

## CERTIFICATE OF SERVICE

    I, Michael A. Feinberg, hereby certify that on this day, I mailed a copy of the enclosed documents to Michael Kosakowski, Canaan Drywall, Inc. 90 Beebe Pond Road, Canaan, NY 12029.

                                                     /s/ Michael A. Feinberg  
                                                     Michael A. Feinberg

DATED:  May 10, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>Plaintiff, | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | C.A. No.: 05-10555-RWZ |
| CANAAN DRYWALL,<br>d/b/a CANAAN DRYWALL, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) |  |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

The summons and the complaint in this action were served upon Michael Kosakowski, Canaan Drywall, Inc., on April 5, 2005, by U.S. certified mail, return receipt requested. A copy of the return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 5th day of May, 2005.

/s/ Michael A. Feinberg
Michael A. Feinberg
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

X

Sent To: Michael Kosakowski
Street, Apt. No.; or PO Box No.: Canaan Drywall
City, State, ZIP+4: N.Y. 038

7004 2890 0004 6310 0693

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Kosakowski
Canaan Drywall Inc.
90 Beebe Pond Road
Canaan, NY 12029
7004-2890-0004-6310-0693

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Michael Kosakowski
C. Date of Delivery: 4/5/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0004 6310 0693

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540