<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

</div>

| | |
|---|---|
| **PAINTERS AND ALLIED TRADES**<br>  **Plaintiff**<br><br>V.<br><br>**CANAAN DRYWALL**<br>  **Defendant** | CIVIL ACTION<br><br>NO.  **05CV10555-RWZ** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **PAINTERS AND ALLIED TRADES** for an order of Default for failure of the Defendant, **CANAAN DRYWALL**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **13TH** day of **MAY**, 2005.

<div style="margin-left:50%">

SARAH THORTON
CLERK OF COURT


By:   **s/ Lisa A. Urso**
      **Deputy Clerk**

</div>

**Notice mailed to:**
**Plaintiff's atty. & deft.**


(Default Notice.wpd - 12/98)                                                                            [ntcdflt.]