UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>　　　　Plaintiff,<br><br>CANAAN DRYWALL, INC.<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No.  05-10555-RWZ<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL A. FEINBERG
IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS**

　　Michael A. Feinberg deposes and says as follows:

1.　　I am a partner (an associate) in the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109.  I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court.  I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2.　　The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 5 hours charged at the rate of $215.00 per hour.  Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $1,182.50.  The costs incurred total $254.88. An itemized copy of Plaintiff's attorney fees and costs is attached hereto as Exhibit A.

3.       The total attorney's fees and costs incurred by the Plaintiff are $1,437.38.


SIGNED UNDER PENALTIES OF PERJURY THIS 14th DAY OF JUNE, 2005.


                                                  /s/ Michael A. Feinberg
                                                  Michael A. Feinberg, BBO #161400

Date: 06/08/2005                                                                 **Detail Transaction File List**                                                                 Page: 1
                                                                                 Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Fees**

| 121.038 | 03/21/2005 | 1 | P | 18 | 215.00 | 1.50 | 322.50 | Preparation of Federal Court. Ct. Complaint<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Canaan Drywall, Inc. | 1 |
| 121.038 | 05/10/2005 | 1 | P | 18 | 215.00 | 2.00 | 430.00 | Preparation and filing of Notice of Default<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Canaan Drywall, Inc. | 2 |
| 121.038 | 06/07/2005 | 1 | P | 18 | 215.00 | 2.00 | 430.00 | Preparation and filing of Motion for Default Judgment<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Canaan Drywall, Inc. | 3 |

**Total for Fees**

|  |  | Billable     | 0.00 | 0.00    |
|---|---|---|---|---|
|  |  | Non-billable | 5.50 | 1182.50 |
|  |  | Total        | 5.50 | 1182.50 |

**Advances**

| 121.038 | 03/21/2005 | 1 | P | 114 |  |  | 250.00 | Filing Fees/ Clerk, US District Court<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Canaan Drywall, Inc. | 1 |
| 121.038 | 03/28/2005 | 1 | P | 54  |  |  | 4.88   | Certified Mail Cost - letter to Kosakowski/Canaan Drywall<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Canaan Drywall, Inc. | 2 |

**Total for Advances**

|  |  | Billable     | 0.00 | 0.00   |
|---|---|---|---|---|
|  |  | Non-billable | 0.00 | 254.88 |
|  |  | Total        | 0.00 | 254.88 |

**GRAND TOTALS**

|  |  | Billable     | 0.00 | 0.00    |
|---|---|---|---|---|
|  |  | Non-billable | 5.50 | 1437.38 |
|  |  | Total        | 5.50 | 1437.38 |